**Opinion issued September 29, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00640-CV

————————————

## HEATHER ROYELLE DEHGAHN, Appellant

## V.

## MASOUD DEHGAHN, Appellee

On Appeal from the 280th District Court
Harris County, Texas
Trial Court Case No. 2016-48803

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 5, 2016. On September 1, 2016, appellant, Heather Royelle Dehgahn, filed a motion for voluntary dismissal, asking to withdraw her notice of appeal and dismiss the appeal. This motion indicates appellant no longer wishes to pursue her appeal. *See* TEX. R. APP. P.

42.1(a)(1).  No opinion has issued.  More than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.